# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2014

*The Court of Appeals hereby passes the following order*

**A14D0291. IN THE INTEREST OF: G. S. L., J. H. L. & T. M. L., CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

10J111 10J112 10J114



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, April 16, 2014.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.